**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02493-LTB

DION MARTINEZ,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant has filed four unnecessary motions. In the January 23, 2013 Order of Dismissal, the Court denied leave to proceed *in forma pauperis* on appeal and a certificate of appealability. Applicant's motion to proceed *in forma pauperis*, ECF No. 34, therefore, is denied as moot. To the extent that Applicant's Motion for Appeals of Writ of Habeas Corpus, ECF No. 37, and Motion for Illegal Sentence, ECF No. 35, are intended to be a request for certificate of appealability, they too are denied as moot. Otherwise ECF Nos. 35 and 37 are considered as a brief in support of Applicant's Notice of Appeal.

    Finally, Applicant's Motion for Appointment of Counsel, ECF No. 36, is denied with leave to refile in the United States Court of Appeals for the Tenth Circuit.

Dated: March 12, 2013